## Finley *v.* Parks, Appellant.

Argued April 30, 1965. Before BELL, C. J., MUSMAN-NO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Alfred E. Jones, Jr.,* for appellant.

*John C. Gault,* with him *Candor, Youngman & Gibson,* for appellees.

OPINION PER CURIAM, May 25, 1965:
Judgment affirmed.